**Order entered May 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01700-CV

### ORCA ASSETS, G.P., L.L.C., Appellant

### V.

### JPMORGAN CHASE BANK, N.A., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** the parties' joint motion for an extension of time to file their briefs. Appellant shall file its brief on or before June 2, 2014. Appellees shall file their respective briefs on or before August 4, 2014. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
         JUSTICE